IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BETTY LEIVAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:22-cv-06065-SRB |
| BASF CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant BASF Corporation ("Defendant") moves for summary judgment in its favor on all claims asserted by Plaintiff Betty Leivan ("Plaintiff"). More specifically, Defendant is entitled to summary judgment on all of Plaintiff's claims under the Missouri Human Rights Act and Title VII of the Civil Rights Act of 1964. In support of its motion, Defendant incorporates by reference its concurrently filed Suggestions in Support of Motion for Summary Judgment.

Wherefore, Defendant respectfully requests that this Court enter summary judgment in its favor on all counts in Plaintiff's Complaint, dismiss this matter, award Defendant its reasonable fees and costs, and enter such other relief as the Court deems appropriate.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jordan Kurdi
Sarah Kuehnel    MO #61698
7700 Bonhomme Ave, Ste. 650
St. Louis, MO 63105
(314) 412.8059
(314) 802.3936 (*Facsimile*)
sarah.kuehnel@ogletree.com

Michael L. Matula     MO #47568
Jordan Kurdi     MO #72891
700 W47th Street, Suite 500
Kansas City, MO 64112
(816) 410-2227
(816) 471-1303 (*Facsimile*)
michael.matula@ogletree.com
jordan.kurdi@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of April 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kristi L. Kingston     Mo. Bar 46439
EMPLOYEE & LABOR LAW GROUP
OF KANSAS CITY, LLC
P.O. Box 25843
12920 Metcalf Ave., Ste. 180
Overland Park, KS 66225
(913) 286-5200 (Office)
(913) 286-5200 (*Facsimile*)
kristi@elgkc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Jordan Kurdi
**ATTORNEY FOR DEFENDANT**